

**NUMBER 13-08-00452-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**EDUARDO V. RODRIGUEZ,** **Appellant,**

**v.**

**JUAN GUAJARDO, JR., INDIVIDUALLY**
**AND J. GUAJARDO, JR. FARMS, INC.,** **Appellees.**

---

**On appeal from the 404th District Court**
**of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Yañez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Eduardo V. Rodriguez, perfected an appeal from a judgment entered by the 404th District Court of Cameron County, Texas, in cause number 2007-01-619-G. Appellant has filed a motion to dismiss the appeal on grounds that he incorrectly filed a Notice of Accelerated Appeal when he filed the Petition for Writ of Mandamus. Appellant

requests that Cause Number 13-08-00452-CV be dismissed, so that only the Petition for Writ of Mandamus, Cause Number 13-08-0411-CV, remain.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Absent agreement of the parties, the court will tax costs against the appellant. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 29th day of August, 2008.

2